FILED —— ENTERED
LODGED —— RECEIVED

AUG 1 5 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON         DEPUTY

06-CV-01790-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCUS ALEXANDER POST, | CASE NO. C06-1790-MJP |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| ALBERTO R. GONZALES, et al., | |
| Respondents. | |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition (Dkt. No. 4), all papers

and exhibits in support and in opposition to that petition, the Report and Recommendation of the

Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 17), Petitioner's

objections (Dkt. No. 18), and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Petitioner has not stated a viable claim for indefinite detention under Zadvydas v.

Davis, 533 U.S. 678, 701 (2001), nor has he objected to Magistrate Judge

Theiler's Zadvydas analysis.

(3)    Petitioner challenges the lawfulness of his removal. Under the REAL ID Act, the

Court does not have jurisdiction to consider the lawfulness of Petitioner's

removal. See 8 U.S.C. § 1252(a)(5).

(4)    Therefore, Petitioner's § 2241 petition is DENIED; respondents' motion to

ORDER OF DISMISSAL
PAGE -1

01  dismiss (Dkt. No. 12) is GRANTED, and this action is DISMISSED with

02  prejudice; and

03  (5)  The Clerk is directed to send copies of this Order to the parties and to Judge

04  Theiler.

05  DATED this 15th day of August, 2007.

07  Marsha J. Pechman
    United States District Judge

ORDER OF DISMISSAL
PAGE -2